**quinn emanuel** **trial lawyers | new york**
295 5th Avenue, New York, New York 10016-7103 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7150**

WRITER'S EMAIL ADDRESS
**michaelcarlinsky@quinnemanuel.com**

December 13, 2024

Clerk of the Court
Second Circuit Court of Appeals
40 Foley Square
New York, NY 10007
212-857-8500

Re: *Black v. Doe*, 24-3025 – Counsel's Change of Address

Dear Clerk of the Court

The undersigned represent Leon Black in this matter. We submit this letter to inform the Court that the undersigned's business address has changed. Our new address is 295 Fifth Avenue New York, New York 10016. Our phone number remains the same.

Dated: December 13, 2024
New York, New York

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: *<u>/s/ Michael B. Carlinksy</u>*
Michael B. Carlinsky
Jennifer J. Barrett
295 Fifth Avenue
New York, New York 10016
(212) 849-7000
michaelcarlinsky@quinnemanuel.com
jenniferbarrett@quinnemanuel.com

*Attorneys for Petitioner*